**CLOSING**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYMAN S. HOPKINS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ELIZABETH BOARD OF EDUCATION : <br> and ESSEX COUNTY VOCATIONAL : <br> SCHOOLS, : <br> : <br> Defendants. : | Civil Action No. 03-5418 (JAG) <br><br> **ORDER** |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before the Court on the motion of Defendant Elizabeth Board of Education ("Defendant") for summary judgment, pursuant to FED. R. CIV. P. 56, on Plaintiff Lyman Hopkins's ("Plaintiff") allegations, that Defendant acted in a manner that constitutes actionable discrimination, pursuant to Title VII, 42 U.S.C. § 2000e-2(a), and resulted in Plaintiff's inability to secure employment with the Connecticut Department of Education; and it appearing that this Court reviewed parties' submissions; and it further appearing that, in an order dated July 29, 2004, this Court granted Defendant Essex County Vocational Schools' motion to dismiss, pursuant to FED. R. CIV. P. 12(b)(6), and dismissed Plaintiff's claims against Essex County Vocational Schools; and for the reasons set forth in this Court's accompanying Opinion, and good cause appearing,

IT IS on this _30_th day of August, 2005,

ORDERED that Defendant Elizabeth Board of Education's motion for summary judgment is GRANTED; and it is further

ORDERED that, because no claims remain in this action, this matter shall be CLOSED by the Clerk of the Court; and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

_____
JOSEPH A. GREENAWAY, JR., U.S.D.J.